

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 28, 2019

Via Email and ECF
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Felix Cordero, 94 Cr. 395 (VSB)

Dear Judge Broderick,

  The Government is writing, on behalf of both parties, regarding the violation of supervised release proceeding scheduled to take place tomorrow, August 29, 2019, for Mr. Cordero.  The parties are respectfully requesting that the Court adjourn the matter for approximately 30 days, to allow additional time for the parties to discuss a possible resolution to the pending specifications.

         Very truly yours,

         GEOFFREY S. BERMAN
         United States Attorney

      by: _____
         Sarah Krissoff
         Assistant United States Attorney
         (212) 637-2232

cc: David Mulcahy, United States Probation Officer (via email)